UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GOTHAM DIVERSIFIED NEUTRAL MASTER :
FUND, LP, et al., :
                              Plaintiffs, :    18 Civ. 9927 (LGS)
:
                -against- :       ORDER
:
CHICAGO BRIDGE & IRON COMPANY N.V., :
et al., :
                            Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     WHEREAS, on March 26, 2020, this consolidated action was stayed (Dkt. No. 73). pending the outcoming of dispositive motions in the related class action (17 Civ. 1580).

     WHEREAS, the Court issued an Opinion and Order in the related class action on August 23, 2021, granting Defendants' motion for summary judgment as to the Safety Statement, and denying Defendants' motion as to the remaining statements.  It is hereby

     **ORDERED** that the parties shall file a joint status letter by **September 29, 2021**, proposing next steps on how this action should proceed.

Dated: September 22, 2021
       New York, New York

                                                   LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE