UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
GOTHAM DIVERSIFIED NEUTRAL MASTER                            :
FUND, LP, et al.,                                            :
                                                             :
                                      Plaintiffs, :      18 Civ. 9927 (LGS)
                                                             :
                -against-                                :          **ORDER**
                                                             :
CHICAGO BRIDGE & IRON COMPANY N.V.,                          :
et al.,                                                      :
                                    Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, a conference was held in this action on March 30, 2022. For the reasons discussed at the conference, it is hereby

       **ORDERED** that by **April 7, 2022**, the parties shall file a joint letter outlining a proposed plan for Defendants' production of the discovery taken in the related class action, *In re Chicago Bridge & Iron Company N.V. Securities Litigation* (17 Civ. 1570). It is further

       **ORDERED** that by **April 7, 2022**, the parties shall file a proposed protective order to govern the production of discovery in this litigation.

Dated: March 31, 2022
       New York, NY

                                                    LORNA G. SCHOFIELD
                                         **UNITED STATES DISTRICT JUDGE**